- Clerk, U.S.D.C.                                    3-21-2025
  210 Franklin Rd. SW, Rm #540
  Roanoke, Va, 24021

- Carter V. Cooley
- Civil Action No. _____7:25cv221_____

Please find enclosed a complaint and Informa Pauper's declaration in Support of the complaint. Once logged and given a docket Number, please send me a copy of the new case number and attached documents enclosed please.

                    Respectfully Submitted,
Pro Se                              #1196298
                    NN CCT
                    224 28th Street
                    Newport News, Va, 23607

Pg# 1 of 7